# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS DEMONDRE WILSON,<br><br>        Petitioner,<br><br>        v.<br><br>KEN CLARK, WARDEN,<br><br>        Respondent. | Case No. CV 20-4506 FMO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 26, 2021                 _____/s/_____
                                                      HON. FERNANDO M. OLGUIN
                                                        UNITED STATES DISTRICT JUDGE